No. 71. DÍAZ CANEJA *v.* SUCCESSION OF CEBALLOS. — Appeal in cassation from a judgment rendered by the District Court of San Juan. Decided June 4, 1902. Withdrawn on the request of the appellant. *Mr. Hernández López,* for appellant. *Mr. Cuevillas,* for respondent.

No. 40. SUCCESSION OF ZARAT *v.* SUCCESSION OF SKERRET. —Appeal in cassation from a judgment rendered by the District Court of San Juan. Decided October 15, 1902. The appeal was declared abandoned on the ground that more than one year had elapsed without any steps having been taken by the appellant to prosecute the appeal. *Mr. Díaz Navarro,* for appellant. *Mr. López Landrón,* for respondent.

No. 56. CAJIGAS *v.* SUCCESSION OF PRATS.—Appeal in cassation from a judgment rendered by the District Court of Mayagüez. Decided November 18, 1902. All of the proceedings had before the Supreme Court were declared null and void because some of the defendants in default had not been notified of the judgment of the court below. *Messrs. Palacios, Rodríguez & Hidalgo,* for appellants. *Mr. Alvarez Nava,* for respondent.

No. 23. RODRÍGUEZ *v.* CASTAING ET AL.—Appeal in cassation from a judgment rendered by the District Court of Ponce. Decided November 19, 1902. All of the proceedings in the Supreme Court were declared null and void because all of the defendants were not notified of the decision of the lower court, and because said defendants were not summoned to appear before the Supreme Court. *Mr. Manuel F. Rossy,* for appellant. *Mr. José Guzmán Benítez,* for respondent.